## Frost vs. Wiggins.

Where no motion for a new trial has been made, nor any question of law reserved at the trial, there is nothing before this court for adjudication.

The rule established in *State Bank vs. Conway*, 13 *Ark.* 344—*which is simple and easily understood and followed*—applies as well to cases submitted to the court, as to a jury, and to cases where there is an agreed statement of facts, as where the facts are proved by witnesses.

### *Writ of Error to Ashley Circuit Court.*

Hon. Theodoric F. Sorrells, Circuit Judge.

Johnston & Harrison, for plaintiff.

Garland & Randolph, for defendant.

Mr. Justice Fairchild delivered the opinion of the court.

Although the plaintiff did not obtain judgment in the court below, to which he was clearly entitled, on the facts proven, as presented in the bill of exceptions, yet *The State Bank vs. Conway*, 13 *Ark.* 344, disposes of this, as on the trial before the court, as a jury, no principle of law was asked to be declared as applicable to the case, and no motion was made for a new trial.

The plaintiff simply excepted to the finding and judgment of the court, but the bill of exceptions brings nothing before this court.

Judgment affirmed.